# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| PARAMOUNT INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MIGUEL CHUGUIRIMA, ET AL.,<br><br>Defendants. | Civil Action No.: 11-1493 (CCC) (JAD)<br><br><br><br><br>**O R D E R** |

      This matter comes before the Court on the motion of Plaintiff Paramount Insurance Company to enforce the settlement reached in this matter, whereby Plaintiff agreed to dismiss Count One of the Complaint with prejudice and to dismiss Count Two of the Complaint without prejudice. (Docket Entry No. 34). On July 31, 2012, Magistrate Judge Joseph A. Dickson issued a Report and Recommendation that Plaintiff's motion to enforce the settlement be granted. (Docket Entry No. 36). No objections have been filed thereto. The Court has considered the submissions of the parties, and Judge Dickson's Report and Recommendation dated July 31, 2012, and for substantially the same reasons stated therein,

      **IT IS** on this 15th day of August, 2012

      **ORDERED** that this Court adopts Judge Dickson's July 31, 2012 Report and Recommendation that Plaintiff's motion to enforce the settlement be granted. Count One of the Complaint is hereby dismissed with prejudice and Count Two is dismissed without prejudice, per the terms agreed to by the parties.

      The Clerk of the Court shall close this matter.

      *s/ Claire C. Cecchi*
**HON. CLAIRE C. CECCHI**
**United States District Judge**